**Mark W. Swimelar**
**STANDING CHAPTER 12 & 13 TRUSTEE**
**250 South Clinton Street**
**2nd Floor**
**SYRACUSE, NEW YORK 13202**

**TELEPHONE: (315)471.1499**
**FAX: (315)471.4811**

LYNN HARPER WILSON                                                    MAXSEN CHAMPION
STAFF ATTORNEY                                                        STAFF ATTORNEY

April 13, 2011

Clerk - Bankruptcy Court
100 South Salina St. Suite 310
Syracuse, NY 13202

RE:     06-33517 Venuti

Dear Clerk:

Enclosed please find check #825221 in the amount of $8.76. Pursuant to the order of
confirmation, we have been collecting funds for a creditor in this case and have
attempted to distribute funds. The creditor has failed to cash checks. All attempts to
contact and forward checks have been unsuccessful. The creditor name and address as
listed on the proof of claim is as follows:

    Claim No.004

|       | Acct# |         | Name    |                          |
|-------|-------|---------|---------|--------------------------|
|       |       |         | Name    | Radiologic Group Services |
|       |       |         | Address | 103 Twin Oaks Dr.        |
|       |       |         | Address | Syracuse, NY 13206       |

Please deposit this check in the Unclaimed Funds Account for the above named creditor.
If you have any questions, please advise.

Very truly yours,

Kristie M. Moore
Account Clerk

Enc.